**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

```
- ---------------------------------------------------------------- x
MORGAN COLE, on behalf of himself and          :    Case no. 1:25-cv-3153
all others similarly situated,                 :
                                               :
                                               :
            Plaintiffs,                        :
                                               :    NOTICE OF VOLUNTARY
            v.                                 :    DISMISSAL WITH
                                               :    PREJUDICE
House of Mana Up, LLC,                          :
                                               :
            Defendant.                         :
                                               :
                                               :
                                               :
                                               :
                                               :
- ---------------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: June 27, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law